FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 19 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

TRISTAN COX

|  |
|---|
| Criminal Information |
| No. 1:26-CR-102 |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One

On or about April 7, 2024, in the Northern District of Georgia, the defendant, TRISTAN COX, while acting under color of law, willfully deprived Individual 1 of liberty without due process of law, including the right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, by knowingly making contact between COX's mouth and Individual 1's penis without Individual 1's consent.  All in violation of Title 18, United States Code, Section 242.

### Count Two

On or about November 13, 2024, in the Northern District of Georgia, the defendant, TRISTAN COX, willfully and knowingly made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States to a special agent of the Department of Justice Office of the Inspector General, that is: during an interview, COX told the agent that Individual 1 forced himself upon

COX when, as COX then and there well knew, Individual 1 had not done so. All in violation of Title 18, United States Code, Section 1001.

THEODORE S. HERTZBERG
  United States Attorney

BRET R. HOBSON
  Assistant United States Attorney
Georgia Bar No. 882520

BRENT ALAN GRAY
  Assistant United States Attorney
Georgia Bar No. 155089

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181